# UNITED STATES COURT OF INTERNATIONAL TRADE
# INFORMATION STATEMENT

(*Place an "X" in applicable* ☐)

| | |
|---|---|
| **PLAINTIFF:** Dolgencorp LLC et al. <br><br> **ATTORNEY** (*Name, Firm, Address, Telephone Number, E-mail Address*): Jason M. Kenner <br> Sandler, Travis & Rosenberg, P.A. <br> 286 Madison Avenue, Suite 1200 <br> New York, New York 10017 <br> (212) 549-0137 <br> jkenner@strtrade.com | **COURT NO.**: 26-01176 |

**CONSTITUTIONAL ISSUE - 28 U.S.C. § 255**

If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order, check this box: ☒

**JURISDICTION**

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**

☐ Appraisal     ☐ Classification     ☐ Charges or Exactions     ☐ Vessel Repairs
☐ Exclusion     ☐ Liquidation     ☐ Drawback
☐ Refusal to Reliquidate     ☐ Rate of Duty     ☐ Redelivery

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**

☐ Appraisal     ☐ Classification     ☐ Rate of Duty

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. §1516a or Section 517(g) – 19 U.S.C. §1517**

(*Provide a brief description of the administrative determination you are contesting, including any relevant **Federal Register** or **Administrative Determination** citation(s) and the product(s) involved in the determination. For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.*)

Subparagraph and Clause _____ Agency_____
*Federal Register* or *Administrative Determination* Cite(s) _____
Product(s)_____

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2401b**

☐ U.S. Secretary of Labor     ☐ U.S. Secretary of Commerce     ☐ U.S. Secretary of Agriculture

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515** (*Provide a brief statement of the final determination to be reviewed.*)

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**

Agency:     ☐ U.S. International Trade Commission     ☐ Administering Authority

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**

☐ Sec. 641(b)(2)     ☐ Sec. 641(b)(3)     ☐ Sec. 641(c)(1)     ☐ Sec. 641(b)(5)
☐ Sec. 641(c)(2)     ☐ Sec. 641(d)(2)(B)     ☐ Sec. 499(b)

**J U R I S D I C T I O N**
*(Continued)*

**28 U.S.C. § 1581(h) - Ruling relating to:**

☐ Classification ☐ Valuation ☐ Restricted Merchandise
☐ Rate of Duty ☐ Marking ☐ Entry Requirements
☐ Drawbacks ☐ Vessel Repairs ☐ Other: _____

_____

**28 U.S.C. § 1581(i)** - *(Cite any applicable statute and provide a brief statement describing jurisdictional basis.)*

The Court has jurisdiction under 28 U.S.C. § 1581(i). Learning Res., Inc. v. Trump, 607 U.S. ---, 2026 WL 477534, at *6 n.1 (2026).

**28 U.S.C. § 1582 - Actions Commenced by the United States**

☐ (1) Recover civil penalty under Tariff Act of 1930:

  ☐ Sec. 592    ☐ Sec. 593A    ☐ Sec. 641(b)(6)
  ☐ Sec. 641(d)(2)(A)    ☐ Sec. 704(i)(2)    ☐ Sec. 734(i)(2)

☐ (2) Recover upon a bond

☐ (3) Recover customs duties

**R E L A T E D   C A S E (S)**

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?

| | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| ☒ Decided: | V.O.S. Selections, Inc., et al.<br>State of Oregon, et al. | 25-00066<br>25-00077 | Judges Gary S. Katzmann,<br>Timothy M. Reif, and<br>Jane A. Restani |
| ☐ Pending: | | | |

*(Attach additional sheets, if necessary.)*

/s/ Jason M. Kenner
_____
*Signature of Plaintiff's Attorney*

2/24/2026
_____
*Date*

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 4, 2012, eff. Jan. 1, 2013; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 23, 2025, eff. Dec. 1, 2025.)