FORM 13

# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by Jason M. Kenner
(Name of attorney of record)
on behalf of Dolgencorp LLC and Dolgencorp LLC d/b/a Dollar General in the matter of Dolgencorp LLC et al. v. United States et al.,
Court No. 26-01176.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
Dollar General Corporation is the publicly traded parent company of Dolgencorp LLC and Dolgencorp LLC d/b/a Dollar General

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
N/A

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.
N/A

/s/ Jason M. Kenner                     2/24/2026
Signature of Attorney                    Date
Sandler, Travis & Rosenberg, P.A.
Firm
286 Madison Avenue, Suite 1200
Street Address
New York, New York 10017
City, State and Zip Code
(212) 549-0137
Telephone Number
jkenner@strtrade.com
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)